IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cobb, Andre L

Printed: 9/3/08

Case Number: 07 B 04078
Judge: Hollis, Pamela S
Filed: 3/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 21, 2008
Confirmed: June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,465.05 |  |
| Secured: |  | 2,750.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,473.94 |
| Trustee Fee: |  | 241.11 |
| Other Funds: |  | 0.00 |
| Totals: | 4,465.05 | 4,465.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,774.00 | 1,473.94 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | CarMax Auto Finance | Secured | 12,453.16 | 2,750.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 630.00 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Unsecured | 0.00 | 0.00 |
| 7. | Short Term Loans LLC | Unsecured | 231.00 | 0.00 |
| 8. | CarMax Auto Finance | Unsecured | 1,240.11 | 0.00 |
| 9. | Chase Home Mortgage | Secured |  | No Claim Filed |
| 10. | Wells Fargo Home Mortgage | Secured |  | No Claim Filed |
| 11. | Payday Loan | Unsecured |  | No Claim Filed |
| 12. | Loyola University Medical Center | Unsecured |  | No Claim Filed |
| 13. | American Family Insurance | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,328.27 | $ 4,223.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 241.11 |
|  | $ 241.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cobb, Andre L | Case Number:  07 B 04078 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  3/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

